CH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUL 28 2008
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LAWRENCE W OUSEN

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Mike Tatman ; Julie Darr
Aurora Police Dept
Officer Hester
Officer Ellis
Good Samaritan Hospital
Aurora EMT ; VanHorn

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case    08CV4258
(To     JUDGE NORGLE
        MAG. JUDGE DENLOW

**CHECK ONE ONLY:**

X       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        **U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
        **28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

A.    Name: _Lawrence W. Ousen_

B.    Date of Birth: _3/15/61_

C    List all aliases: _Kennth DeLand - Kenny Doney_

D.    Prisoner identification number: _N 93734_

E.    Place of present confinement: _Jacksonville Correctional Center_

F.    Address: _2268 E. Morton Ave., Jacksonville, IL. 62650_

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Mike Tatman_

Title: _Assistant Public Defender_

Place of Employment: _Office of Public Defender - Kane County Judicial Center 37W777 Route 38 suite 200 St. Charles, Il. 60175_

B.    Defendant: _Aurora Police Department_

Title: _Police Department_

Place of Employment: _350 North River Sto, - Aurora, Il. 60506_

C.    Defendant: _Brian A. Hester - Officer_

Title: _Police Officer_

Place of Employment: _Aurora Police Dept., 350 North River St, Aurora, Il. 60506_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

4 copies

Addendum

To II Defendant(s)

D. Defendant: Officer Ellis
   title : Police Officer
   Place of Employment: Aurora Police Dept. 350 W. River St. Aurora IL 60506

E. Defendant: Good Samaritan Hospital
   Title : Administrator of Records
   Place of Employment: Goodsamaritan Hospital 3850 Highland Grove IL 60515 Downers

F. Defendant: Aurora E.M.T. mr Van Horn
   title : Aurora E.M.T.
   Place of Employment: Aurora IL. At this time address unknown

G. Defendant: Julie Darr
   title: Assistant Public Defender
   Place of Employment: 37w777 Rt 38 st charles IL 60175 suite 200

H. Defendant: Mr. Engelsman
   title: Assistant Public Defender
   Place of Employment: Unknown, At this time

III.   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.   Name of case and docket number: _____

_____

B.   Approximate date of filing lawsuit: _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.   List all defendants: _____

_____

_____

_____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.   Name of judge to whom case was assigned: _____

_____

G.   Basic claim made: _____

_____

_____

H.   Disposition of this case (for example:  Was the case dismissed?  Was it appealed? Is it still pending?): _____

_____

_____

I.   Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE.  CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On April, 28-2007, I invited my astranged wife of 22 year's (Susan Ousen) to my residence, 500 S. Broadway Apt 3 Aurora IL 60505, to discuss our divorce. When she got off the train she was drunk, and stayed drunk the hole time she was at my appartment. She argued with me about not giving me a divorce. So I asked her to leave several time's, But she would not leave. After the third day I could not take anymore arguing, so I went to the nabor's to see if I could stay there, so I could get away From Sue. But By night fall May, 1-2007 She Found me, and she was stil drunk. She came into the nabor's, and started arguing again. At that time the nabor asked us to leave, I left, and sue wouldnot, I was happy to go home alone. When I got home, I Locked all my door's, so my wife, astranged wife (sue) could not get in. I was working in my attic, when I heard banging on the door, I ignored it thinking the banging was my wife. About a half hour latter, I heard noise down stair's,

4

Revised 9/2007

Then the trap door was pulled open, and to my suprise
there were Four, oR Five police officer at the bottom
of the stairs with there gun's drawn. Officer Ellis told
me to come out of the attic, as I started down the
Stairs my pant leg got caught on a spring from the trap
door, that when officer's grabed me, and pulled me off
the ladder - Stairs. Officer Ellis seemed to be angry
with me for getting caught on the spring, and taking
my time. I rember hitting the wall and then the
Floor real hard. As I tryed to get up I was being
hit, and kicked by officer Ellis, officer Hester, and
other Aurora police officer, who at this time name's are
unknowen to me. AFter the third or Foarth blow to the
head I blacked out, when I came too I was in the Hospital,
I was unable to move my arms, legs or head. I remember
that I could not even move my eye's or talk. I remember
Feeling paralized, and screaming inside my head, Because
Noone would awnser me. I thought I was dreaming, and
could not understand why the Aurora police would bet
me so bad. I don't know how long the screaming inside
my head went on but it seemed Like hour's and hour's;
when I started to Feel movement in my body my head
hurt real bad, and I was having a hard time breathing,

5

I kept thinking I was going to die. I kept gasping, and gagging when a Doctor or Nurce came in, and saied that there were tubes in my throat, and told me to relax. That they will be taking them out shortly, and I'll be able to breath on my own. After the tubs came out every bone in my body hurt. To this day I still don't know why the Aurora Police bet me so bad. (Could it be crimel history?) When I could finly move again I noticed a Aurora police officer sitting to the right of me. I tryed several time to ask him what happend. when he finally understood me, he informed me that I was under arest for agg. battery, resisting a peace officer, and dom. battery. I remember wondering who the dom. battery, and other charges were against. So I asked the officer, and could not beleave this to be true, because I never hit Sue OUSEN, or any one else. (I was the one beten.) I don't know the time, or the date the Hospital released me to the custody of the Aurora police, but when the transport officer, and I got to the police department I asked why it took so long to get there. I was told that the Aurora EMT, took me to Downer's Grove Hospital (The Good Samaratan) that's Four town's away from

Revised 9/2007

Aurora. Then the transport officer informed me that it was her husband that I hit. I told her that I did not rember hitting him, and that I was sorry if I did. I still can't believe that I did any such thing. I believed I was being lied to to cover up the beating officers Ellis, and Hester, and other gave me. To this day I believe the reason I was taken to a Hospital Four town's away, was so I would die. IF what the transport officer from Aurora jail, to Kane county jail 'told me is true. After my bond was set Two Aurora Police officer trans-ported me to kane county jail. The driver a Black man who name I did not get, asked me a question that hunt's me to this day! He asked me why would I hit the man who brought me back to life, and told me that my heart had stoped, and if it were not' for the Paramedic I would be dead. He also said I should be greatfut to this man. I trully am greatfull to this man, and wish I could thank him for saving my life, and I would also like to appology to him for any pain I may have caused him. To this day My head ache's, and back pains are constant I feel that my rights have been violated (Larry) (Owsn!)

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

The relief I am requsting is punitive and compesatory damages in the amount of Ten (10) million dollars from the state of ILLINOIS, Kane County, the city of Aurora and the Aurora police department for brutality in which. I sustained, Face, back, and eye, and Head injuries during the arrest from the arresting officers.

VI.     The plaintiff demands that the case be tried by a jury.   ☒ YES     ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this Ju/y day of 21, 20 08

Lawrence W. Ousen
(Signature of plaintiff or plaintiffs)

LAWRENCE W. Ousen
(Print name)

N93734
(I.D. Number)

2268 E Morton Ave
Jacksonville IL 62650
(Address)

3

And for the violation of my Eighth
Amendment Rights - cruel and unusual
Punishment. I am also requesting that
the court subpeona the Aurora Police Dep-
artment records files for any, and all
Photographs that were taken of me after
I was beaten, to serve as proof against
the Aurora police Department for police
brutality prior to my admittance into
the Hospital. I would also like to
find the truth in this matter. So I
can sleep at night

                        Thank you

            X Larry W Ousen

                Lawrence W Ousen

/

3 copies

*Document 3*
*From*
*Public Deffender's*

07-CF-1230

under the Freedom of Information act
I would ask that the court orders the
following documents to be sent, By My
public Deffender (Mr Tatman and Mrs. Darr)
Address 37 W. 777 Rt. 38 St Charles IL 60175

1) Paramedic assesment Report
2) legible copy of my mug-shot (color)
3) Grand Jury minutes
4) All Police reports on case # 07-CF-1230
5) Hospital reports from (Good Samaritan)
6) All and ANY statements made by Nabors of
or wittness.
7) Photos and Hospital reports of paramedic injury

8) Also to include any other documents, or
discovery that the State may posess ON
Case # 07-CF-1230

2

*Documents*
*From*
*Aurora police Department*

*case #*
*07-CF-1230*

under the Freedom of Information act,
I would ask that the court order's the
following documents to be sent, By The
Aurora Police Department 350 N River Street
Aurora IL 60506

1) legible copy of my mug-shot (color)
2) All, and any statement's made on this case
3) All witness statement's on Case # 07 CF1230
4) The name of all officer who enter my
home, or assisted in my arrest.
5) Transport officer report from Good Samaritan
Hospital to Aurora police station, Name, Bage #
6) Transport officer's who took me from Aurora
police station, to Kane county jail, Name, Bage #
7) copie's of All complaint's against officer
Ellis, and Officer Hester for excessive force
and miss conduct of a Peace Officer
8) Any and all photographs taken of me
9) All patrol car video servelliance of My Arest

.3

From
(Downer Grove) Hospital Good Samaritan
IL

under the Freedom of information act, I
would ask the court to order the follow-
ing documents to be sent by, Good
Samaritan Hospital of Downer Grove
3815 Highland Ave Downer Grove IL 60515
                              630-275-5900

1) Name of all Doctor's and Nurse's who worked on
LAWRENCE W. OUSEN ON May, 1st-2007 and
later.

2) All VIDEO of Paramedic Bringiing me in
the Hospital or any video of myself wail in
Hospital

3) All transmission From Paramedic-EKG or any
writer reports From Paramedic to Good
Samaritan

4) ANY, and All Pictures of Lawrence Ousen

5) Any, and All Billing For Lawrence Ousen

6) Hospital assesment Report of Lawrence

7) Doctor, and Nurse's Notes, and report's

8) copy's of all medicine used in my treatment

`4

From

Aurora Paramedic

07-CF-1230

Under the Freedom of information Act, I would ask that the court order the following documents to be sent, By the Aurora Paramedic, that transported me to the Good Samaritan Hospital in Downer Grove IL.

1) copy of Paramedic assesment Report
2) copy's of All transmission between Paramedic, and All Hospital's called, for my treatment
3) copy's of all medicine used in my treatment
4) copy's of EKG's wail in transport, or other
5) copy's of all transmission, to include transmission to Home base.
6) copy's of Paramedic VanHorn service Record with Aurora Paramedic.