**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

08CV4258
JUDGE NORGLE
MAG. JUDGE DENLOW

**Plaintiff(s):** LAWRENCE W. OUSEN

**Defendant(s):** MIKE TATMAN, et al.

**County of Residence:** MORGAN

**County of Residence:**

**Plaintiff's Address:**
Lawrence W. Ousen
N-93734
Jacksonville - JAK
2268 East Morton Avenue
Jacksonville, IL 62650

**Defendant's Attorney:**

FILED
JUL 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** [signature]   **Date:** 7/28/08